Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

Jennifer L. Braster
Nevada Bar No. 9982
jbraster@nblawnv.com
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Denny's Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LADARRIUS COOLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENNY'S CORPORATION, a Delaware company,<br><br>Defendant. | Case No. 2:20-cv-00255-JAD-VCF<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[**FIRST REQUEST**] |

This is the first stipulation of extension of time for Defendant Denny's Corporation to respond to Plaintiff's putative class action complaint. In support of this stipulation, Denny's states as follows:

1. Denny's was served with this putative class action complaint on February 7, 2020.

2. Denny's promptly hired outside counsel, and Denny's outside counsel promptly contacted Plaintiff's counsel to discuss the Complaint and other background information. During that telephone call, Denny's counsel indicated to Plaintiff's counsel that Denny's would be

investigating allegations in the Complaint, including Plaintiff's allegation that he received unsolicited text messages in violation of the Telephone Consumer Protection Act. Denny's counsel requested an extension of 30 days to respond to the Complaint so that Denny's could complete its preliminary investigation before either party devotes significant litigation expenses. Plaintiff's counsel agreed to that request.

3. Accordingly, the parties stipulate that Denny's shall have until up to and including March 29, 2020 to move, plead, or otherwise respond to Plaintiff's complaint and that Denny's is not waiving any defenses or jurisdictional arguments by filing this stipulation of extension of time.

Dated: February 27, 2020

By  /s/ Jennifer L. Braster
    Jennifer L. Braster, NBN 9982
    NAYLOR & BRASTER
    1050 Indigo Drive, Suite 200
    Las Vegas, NV  89145

    Cheryl L. O'Connor, NBN 14745
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA  92612

    *Attorneys for Defendant Denny's Corporation*

/s/ Craig B. Friedberg
Craig B. Friedberg, Esq.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Rd., Ste 103
Las Vegas, Nevada 89121

Avi R. Kaufman, Esq.
Kaufman P.A.
400 NW 26th Street
Miami, Florida 33127

Robert Ahdoot, Esq.
Bradley K. King, Esq.
Ahdoot & Wolfson, P.C.
10728 Lindbrook Drive
Los Angeles, CA 90024

*Attorneys for Plaintiff LaDarrius Cooley*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: _____
3-4-2020